UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16560
    TOM P FOX
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-1744

----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 12/14/2006 and was confirmed 03/19/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  13.78%.

    The case was converted to chapter 7 after confirmation 09/17/2007.
----------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 278.37 | .00 | .00 |
| WELLS FARGO AUTO FINANCE | SECURED VEHIC | 30376.50 | 914.12 | 2275.08 |
| WELLS FARGO AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1730.29 | .00 | .00 |
| CAPITAL ONE SERVICES INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2491.40 | .00 | .00 |
| PREMIER BANCARD CHARTER | UNSECURED | 392.00 | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | 4213.13 | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2459.44 | .00 | .00 |
| SPRINT-NEXTEL CORP | UNSECURED | 149.39 | .00 | .00 |
| SPRINT PCS | NOTICE ONLY | NOT FILED | .00 | .00 |
| NCO FIN/99 | UNSECURED | NOT FILED | .00 | .00 |
| SEARS ROEBUCK | NOTICE ONLY | NOT FILED | .00 | .00 |
| WILLIAMS & FUDGE INC | UNSECURED | NOT FILED | .00 | .00 |
| GLEASON & GLEASON LLC | DEBTOR ATTY | 2,000.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 210.80 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
----------------------------------------------------------------------
| TRUSTEE | 3,400.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 2,275.08 |
|     INTEREST | | 914.12 |
| UNSECURED | | .00 |

            PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 16560 TOM P FOX

```
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                     210.80
DEBTOR REFUND                                               .00
                           ---------------    ---------------
TOTALS                            3,400.00           3,400.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/25/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE